UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVERVIEW II, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL D. McDOWELL,<br><br>        Defendant. | No. CV-06-184-FVS<br><br>ORDER RE MOTION TO REMAND |

**THIS MATTER** having come before the Court based upon the plaintiffs' "Motion for Remand and Stay"; the defendant having received notice of the motion but having failed to respond; and the plaintiffs having failed to establish an adequate basis for remanding only state claims; Now, therefore

**IT IS HEREBY ORDERED:**

The "Motion for Remand and Stay" (Ct. Rec. 5) is granted in part and denied in part. Ten days after entry of this Order, the Court will enter an Order remanding the entire action to Spokane County Superior Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___21st___ day of August, 2006.

                         s/ Fred Van Sickle
                          Fred Van Sickle
                  United States District Judge

ORDER - 1