UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVERVIEW II, LLC, et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF SPOKANE,<br><br>            Defendant. | No. CV-06-184-FVS<br><br>ORDER REMANDING ENTIRE ACTION TO SPOKANE COUNTY SUPERIOR COURT |

   **THIS MATTER** having come before the Court based upon the plaintiffs' "Motion for Remand and Stay"; the defendant having received notice of the motion but having failed to respond; the Court having entered an order allowing plaintiffs time to establish a basis for the Court to retain jurisdiction over their federal claim(s) while remanding their state claim(s); and plaintiffs having failed to do so; Now, therefore

   **IT IS HEREBY ORDERED:**

   This entire action is remanded to Spokane County Superior Court.

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

   **DATED** this ___8th___ day of September, 2006.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                   United States District Judge

ORDER - 1